JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMADOR ELI ROSALES, et al.,<br><br>Defendants. | No. CR-S-10-437 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~ ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: November 7, 2011<br>Time: **9:30 a.m**.<br>Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, James P. Chandler, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., and counsel for defendant Derick Noble, Timothy E. Warriner, Esq., that the status conference presently set for September 26, 2011 be **continued to November 7, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference for all defendants with the **exception** of defendant Amador Eli Rosales, who wishes to remain on calendar to enter a change of plea.

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of

1

justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, November 7, 2011.

IT IS SO STIPULATED.

Dated: September 21, 2011   /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Michael Leonard Lovato

Dated: September 21, 2011   /s/ Kelly Babineau
KELLY BABINEAU
Attorney for Defendant
Michael Valentino Lovato

Dated: September 21, 2011   /s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
Jonathan Gonzalez

Dated: September 21, 2011   /s/ James P. Chandler
JAMES P. CHANDLER
Attorney for Defendant
Andre Kovacs

Dated: September 21, 2011   /s/ Dan F. Koukol
DAN F. KOUKOL
Attorney for Defendant
Tony Rosales

Dated: September 21, 2011   /s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
Adrianna Cano

Dated: September 21, 2011   /s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant
Derick Noble

Dated: September 21, 2011                                        Benjamin B. Wagner
                                                                 United States Attorney

                                                    by:   /s/ Jill M. Thomas
                                                          JILL M. THOMAS
                                                          Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMADOR ELI ROSALES, et al.,

    Defendants.

No. CR-S-10-0437 WBS

ORDER TO
CONTINUE STATUS CONFERNCE

GOOD CAUSE APPEARING, it is hereby ordered that the September 26, 2011 status conference be continued to November 7, 2011 at **9:30 a.m.** I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to November 7, 2011.

IT IS SO ORDERED.
Dated: September 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE