KELLY BABINEAU  (CA State Bar #190418)
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for MICHAEL VALENTINO LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 10-CR-00437 |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER |
| ) | |
| MICHAEL VALENTINO LOVATO ) | Date: 2/6/12 |
| Defendant. ) | Time: **9:30 a.m.** |
| _____) | Judge: William B. Shubb |

This case is currently scheduled for a status hearing on December 19, 2011.  The parties have conferred and agree that additional time is need for negotiation between the parties with the hope of resolving the case.  Specifically, the parties have agreed that a pre-plea advisory guideline presentence investigation report that addresses Mr. Lovato's criminal history and base offense level, would aid the parties toward resolving the case.  The Court has previously signed an order that a pre-plea report be completed by probation.  Due to a miscommunication the report was not completed by probation.  Probation has indicated that the report could be completed by February 6, 2012.

It is hereby stipulated and agreed between the United States of America through JILL THOMAS, Assistant U.S. Attorney, and defendant, MICHAEL VALENTINO

-1-

LOVATO by and through his attorney, KELLY BABINEAU, Attorney at Law, that the status conference set for December 19, 2011 will continue February 6, 2012 at 9:30 a.m.

The reasons for this continuance is to give defense counsel additional time to review the discovery with the defendant, to examine possible defenses, to continue investigation of the facts of the case and to continue negotiations with the government. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of February 6, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Code T4, for ongoing preparation of counsel

Dated:                                          Respectfully submitted,

                                                /s/ Kelly Babineau_____
                                                KELLY BABINEAU
                                                Attorney for Michael Valentino Lovato

Dated:                                          /s/ Jill Thomas_____ .
                                                JILL THOMAS
                                                Assistant United States Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 19, 2011, at 9:30 a.m. be continued to February 6, 2012, at 9:30 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence. The continuance outweighs the best interests of the public and the defendants to a speedy trial.

IT IS ORDERED that time from this date to February 6, 2012, shall be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

Dated: December 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE