| | |
|---|---|
| 1 | **ERIN J. RADEKIN** |
| | **Attorney at Law - SBN 214964** |
| 2 | 428 J Street, Suite 350 |
| | Sacramento, California 95814 |
| 3 | Telephone: (916) 446-3331 |
| | Facsimile: (916) 447-2988 |
| 4 | |
| | Attorney for Defendant |
| 5 | ANDRE KOVACS |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | Case No. 2:10-CR-00437 |
| v. | | |
| ANDRE KOVACS, et al. | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, defendant, Tony Rosales, by and through his counsel, Dan Koukol, defendant, Andrianna Cano, by and through her counsel, Mark Reichel, defendant, Jonathan Gonzalez, by and through his counsel, Danny Brace, defendant, Michael Leonard Lovato, by and through his counsel, John Manning, defendant, Derrick Noble, by and through his counsel, Tim Warriner, and defendant, Andre Kovacs, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 27, 2012 at 9:30 a.m., and to continue the status conference until April 2, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that Ms. Radekin was just recently appointed to represent Mr. Kovacs in this matter (on January 26, 2012) and has not yet reviewed all discovery. Further, all counsel need additional time for reviewing discovery, investigation, and other defense preparation

and/or plea negotiations. The Court is advised that Ms. Thomas and all defense counsel listed above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 2, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 22, 2012               BENJAMIN WAGNER
                                       United States Attorney

                                    By:      /s/ Erin J. Radekin for
                                       JILL THOMAS
                                       Assistant United States Attorney

Dated: February 22, 2012                     /s/ Erin J. Radekin for
                                       DAN KOUKOL
                                       Attorney for Defendant
                                       TONY ROSALES

Dated: February 22, 2012                     /s/ Erin J. Radekin for
                                       MARK REICHEL
                                       Attorney for Defendant
                                       ANDRIANNA CANO

Dated: February 22, 2012                     /s/ Erin J. Radekin for
                                       DANNY BRACE
                                       Attorney for Defendant
                                       JONATHAN GONZALEZ

Dated: February 22, 2012                     /s/ Erin J. Radekin for
                                       JOHN MANNING
                                       Attorney for Defendant
                                       MICHAEL LEONARD LOVATO

Dated: February 22, 2012                     /s/ Erin J. Radekin for
                                       TIM WARRINER
                                       Attorney for Defendant
                                       DERRICK NOBLE

/ / /

Dated: February 22, 2012                         /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                ANDRE KOVACS

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 27, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 2, 2012 at 9:30 a.m. The court finds excludable time in this matter through April 2, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: February 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE