1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANDRE KOVACS

6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,              Case No. 2:10-CR-00437-11 WBS

12  v.

13  ANDRE KOVACS, et al.               **STIPULATION AND [~~PROPOSED~~] ORDER
                                       TO ADVANCE JUDGMENT AND
14              Defendant.             SENTENCING**

15

16

17

18                           **STIPULATION**

19        Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Jill Thomas, and defendant, Andre Kovacs, by and through his counsel, Erin J. Radekin,

21  agree and stipulate to vacate the date set for judgment and sentencing, November 5, 2012 at 9:30

22  a.m., and to advance judgment and sentencing until October 9, 2012 at 9:30 a.m., in the courtroom of

23  the Honorable William B. Shubb.

24        The reason for this request is that Ms. Radekin has been notified by the clerk that this date is

25  agreeable to the Court and Mr. Kovacs would prefer to be sentenced on the first date that is agreeable

26  to all parties involved.  The Court is advised that Ms. Thomas and Probation Officer Scott Storey

27  concur with this request, and Ms. Thomas has authorized Ms. Radekin to sign this stipulation on her

28  behalf.

          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 14, 2012                    BENJAMIN WAGNER
                                             United States Attorney

                                    By:_____/s/ Jill Thomas_____
                                             JILL THOMAS
                                             Assistant United States Attorney

Dated: September 14, 2012                    _____/s/ Erin J. Radekin_____
                                             ERIN J. RADEKIN
                                             Attorney for Defendant
                                             ANDRE KOVACS

## ORDER

     For the reasons set forth in the accompanying stipulation and declaration of counsel, the

judgment and sentencing date of November 5, 2012 at 9:30 a.m. is VACATED and the judgment and

sentencing date in the above-captioned matter is set on October 9, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  September 14, 2012

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE