KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for MICHAEL VALENTINO LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. CR-S-10-437-10-WBS
        Plaintiff, )
) STIPULATION REGARDING
  v. ) EXCLUDABLE TIME PERIODS
) UNDER SPEEDY TRIAL ACT;
) [PROPOSED] FINDINGS AND ORDER
MICHAEL VALENTINO LOVATO )
) Date: 11-13-12
        Defendant. ) Time: **9:30 a.m**.
_____) Judge: Hon. William B. Schubb

    Plaintiff United States of America, by and through its counsel of record, Jill Thomas, together with counsel for defendant Michael Valentino Lovato, Kelly Babineau, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on October 22, 2012.

    2.    By this stipulation, defendant now moves to continue the status conference until **November 13, 2012 at 9:30 a.m.,** for a change of plea and to exclude time between October 22, 2012 and November 13, 2013, under Local Code T4 (to allow defense counsel time to prepare). Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the

-1-

following:

    a. Counsel for the defendant needs additional time to meet with the defendant in order to review the discovery, investigative reports, discuss and analyze relevant USSG calculations and review the plea agreement.

    b. Currently the discovery includes 2,250 pages and six CD's of Pen Data.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2012 to November 13, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 17, 2012                     Respectfully submitted,

                                            /s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Michael Valentino Lovato


Dated: October 17, 2012                     /s/ Jill Thomas
                                            Kelly Babineau for:
                                            JILL THOMAS
                                            Assistant U.S. Attorney

## **O R D E R**

IT IS SO FOUND AND ORDERED this 18th day of _October, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE